### August Gulbanaitis, appellee, v. Simon Lapinsky, appellant.

Action to recover a post-office order given to defendant as security for a bond. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

F. M. Ramey, for appellant. J. D. Wilson and Hill & Bullington, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

### William H. H. West, Jr., appellant, v. Ira E. Day, appellee.

Bill for an accounting and settlement of partnership affairs. Bill dismissed. Appeal from the Circuit Court of Jersey county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

S. R. Cunningham and Chapman & Du Hadway, for appellant. Sumner & Reardon, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

### Elizabeth Spencer, executrix of the last will of William S. Spencer, deceased, appellee, v. Jacksonville Railway Company, appellant.

Action for death through the operation of street car at excessive speed. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 27, 1920.

Bellatti, Bellatti & Moriarty, for appellant. William H. Hairgrove, Thomas D. Masters and Walter T. Day, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.